**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRRY AMAYA-INGLES,<br><br>         Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her Official Capacity, Secretary of the Department of Homeland Security, et al.,<br><br>        Respondents. | Case No.:  3:26-cv-02223-RBM-MMP<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. 2];**<br><br>**(2) GRANTING MOTION FOR APPOINTMENT OF COUNSEL [Doc. 3]; AND**<br><br>**(3) SETTING BRIEFING SCHEDULE** |

On April 8, 2026, Petitioner Henrry Amaya-Ingles ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 1.)  That same day, Petitioner filed a Motion to Proceed In Forma Pauperis ("IFP Motion") in which he attests he has no means to pay the $5.00 filing fee.  (Doc. 2 at 1–2.)  Accordingly, Petitioner's IFP Motion (Doc. 2) is **GRANTED**.  The Clerk shall file the Petition without prepayment of the filing fee.

## I.    REQUEST FOR APPOINTMENT OF COUNSEL

Along with the Petition and IFP Motion, Petitioner also filed a Motion for Appointment of Counsel.  (Doc. 3.)

"Whenever the United States magistrate judge or the [C]ourt determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2).  A "financially eligible person" is one who is "financially unable to obtain adequate representation in accordance with this section."  *Id.* § 3006A(a).  "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved."  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (citations omitted).

Here, Petitioner claims that he is unable to pay the costs of these proceedings "because of [his] poverty and the underlying fact that [he is] physically detained in custody" since 2024 "without [a] job, employment, or cash in hand."  (Doc. 3 at 2–3.) Petitioner has therefore sufficiently alleged that he cannot afford to hire counsel.  "The Court also finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented."  *Astafev v. Warden*, Case No. 3:26-cv-00313-RBM-AHG, ECF No. 4 (S.D. Cal. Jan. 30, 2026) (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).  Accordingly, the Court **APPOINTS** Federal Defenders of San Diego, Inc. as counsel.

## II.    ORDER TO SHOW CAUSE

In the Petition, Petitioner claims his immigration detention for over one year has become unconstitutionally prolonged in violation of the Fifth Amendment's Due Process Clause.  (Doc. 1 ¶¶ 40–79.)  The Court finds that summary dismissal of the Petition is unwarranted.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

Accordingly, Petitioner may file an amended petition on or before **April 22, 2026**. Respondents **SHALL RESPOND** to the Petition, or any amended petition, on or before **April 29, 2026 at 4:30 p.m.** The Response shall: (1) include as exhibits all documents or evidence relevant to the determination of the issues raised, including any relevant documents reflecting Petitioner's immigration history; and (2) make a recommendation regarding the need for an evidentiary hearing. Petitioner may file a reply on or before **May 6, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to the United States Attorney's Office and to Federal Defenders of San Diego, Inc. Counsel for Petitioner **SHALL FILE** a notice of appearance on or before **April 17, 2026**.

**IT IS SO ORDERED**.

DATE:  April 13, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:26-cv-02223-RBM-MMP